IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 05-cr-00219-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MICHAEL JEROME GUSS,

       Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

     A supervised release violation hearing regarding Defendant Michael Jerome Guss is set **Tuesday, June 8, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: May 5, 2010